1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION
11

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR SCHWARTZ, et al.,<br><br>Defendants. | Case No.: 3:18-cv-05092-VC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ADOBE INC.'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>[Civil L.R. 7-11]<br><br>**Judge**: Honorable Vince Chhabria |

The Court has read and considered the Motion for Administrative Relief filed by Plaintiff Adobe Inc. ("Plaintiff"), and supporting declarations and exhibits, seeking an order from the Court re-opening this closed action, and granting leave for Plaintiff to issue a production subpoena to Web.com Group, Inc. under Rule 45 of the Federal Rules of Civil Procedure to obtain records of all Adobe sales completed by Defendant Arthur Schwartz ("Defendant") after this Court entered a Permanent Injunction against him on April 8, 2019 (the "Motion").

IT IS HEREBY ORDERED that the Motion is GRANTED.

1   IT IS FURTHER ORDERED that Plaintiff may serve a Rule 45 production subpoena
2   upon Web.com Group, Inc. (the "Third-Party Business Entity") narrowly tailored to identify all
3   sales of Adobe software by Defendant from April 8, 2019 up to the date of production.
4   IT IS FURTHER ORDERED that Plaintiff must serve a copy of this order upon
5   Defendant and the Third-Party Business Entity when the subpoena is served.
6   IT IS FURTHER ORDERED that any information disclosed to Plaintiff in response to
7   the Fed. R. Civ. P. 45 subpoena may be used by Plaintiff solely for the purpose of this action.

8
9   IT IS SO ORDERED this __10__ day of ~~February~~ March, 2021.

_____
HON. VINCE CHHABRIA
United States District Judge
Northern District of California

APPROVED
Judge Vince Chhabria